EDWARD ·HOROWITZ,· Respondent, *v.* KUSHNER & PINES, INC., Appellant. ·

Supreme Court, Appellate Term, First Department, November 23, 1943.

*Herman Mendes* for appellant.

*Samuel Sumner Goldberg* for repondent.

MEMORANDUM *Per Curiam.* Plaintiff's error in practice by failing to make a separate demand for jury trial was not curable by the *nunc pro tunc* order appealed from.

Order reversed, with ten dollars costs and disbursements, and motion denied.

HAMMER, SCHMUCK and HECHT, JJ., concur.